UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH LAMONTE RUSSELL,<br><br>Defendant. | CASE NO.  MJ23-408<br><br>COMPLAINT for VIOLATION<br><br>Title 18, United States Code,<br>Sections 922(g)(1) |

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT 1

**(Unlawful Possession of a Firearm)**

On or about July 17, 2023, in King County, within the Western District of Washington, KEITH LAMONTE RUSSELL, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

      i.     *Conspiracy to Deliver a Controlled Substance*, in King County Superior Court, under case number 19-1-07708-1, on or about April 5, 2021; and

Complaint - 1
*United States v. Keith Lamonte Russell*
USAO No. 2023R00848

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ii.   *Possession of Oxycodone with Intent to Distribute*, in the United States District Court for the Western District of Washington, under case number CR10-264 MJP, on or about January 27, 2011;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Walther 9 mm semiautomatic pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information.

I, Greg Tomlinson, being first duly sworn on oath, depose and say:

**INTRODUCTION AND AFFIANT BACKGROUND**

1.    I have been a duly sworn Seattle Police Officer for the past 30 years.  For 24 years I have been in the Seattle Police Gang Unit/Gun Violence Reduction Unit as a detective.  During this time, I was also a Task Force Officer with the Bureau of Alcohol, Tobacco and Firearms from 2005 to 2019 where I was on the Violent Gangs Task Force and the Puget Sound Region Crime Gun Task Force.  I am currently cross deputized as a Task Force Officer with the United States Marshals Northwest Fugitive Apprehension Task Force.  I have been working in that capacity since August of 2022.

2.    My duties as a detective with the Seattle Police Department include investigating gun crimes to include unlawful possession of a firearm, drive-by shooting, assault, and robbery.  I have completed dozens of warrants during the investigations of these crimes over the years, to include warrants to obtain suspects' DNA.  My main role with the US Marshals is to assist in the apprehension of persons with warrants for their arrest and to investigate any other crimes related to these arrests, which can include unlawful possession of a firearm and narcotics, as well as other crimes.

Complaint - 2
*United States v. Keith Lamonte Russell*
USAO No. 2023R00848

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. I make this affidavit in support of this complaint based both on personal knowledge and on information I have obtained from a review of official reports prepared by other law enforcement officers and/or discussions with those officers. Because this affidavit is made for the limited purpose of establishing probable cause to believe the defendant committed the offense alleged above, it does not contain all of my knowledge regarding the surrounding circumstances.

### SUMMARY OF PROBABLE CAUSE

4. The area of Aurora (from NE 120th Street to NE 145th Street), is a known open-air market for prostitutes. Multiple shootings have occurred over the course of the past few weeks in the area, to include a homicide at NE 125th Street and Aurora, in Seattle, Washington on July 13, 2023. In my experience, most of the violent crime in the area is connected to the on-going and unchecked prostitution and human trafficking activity.

5. On July 17, 2023, at approximately 1:20 a.m. Seattle Police Department officers were patrolling the area of Aurora Avenue in Seattle, Washington, when they noticed a white Volvo sedan stopped in the roadway just east of Aurora on NE 137th Street, Seattle. Officers responded to a 9-1-1 call and returned shortly thereafter, at approximately, 1:30 a.m. to find the same white Volvo sedan stopped in the middle of the road at the same location. The Volvo did not have a rear license plate or a visible temporary tag displayed, which is an infraction in the Seattle Municipal Code. The Volvo pulled away when the officers turned around to contact the driver.

6. The officers activated the patrol vehicle's emergency lights and attempted to conduct a traffic stop of the Volvo as it pulled onto Aurora Avenue North. Instead of pulling over to the right and onto the shoulder of the road, the driver of the Volvo pulled into the center lane of Aurora Avenue and came to a stop. As the vehicle stopped, officers could see through the windows of the car and noticed that the driver of the Volvo was smoking something. The driver reached through the Volvo's open sunroof and flicked the still smoking butt onto the roadway.

Complaint - 3
*United States v. Keith Lamonte Russell*
USAO No. 2023R00848

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7. Officers Lentz and Gingrey approached the Volvo and immediately smelled a strong odor of cannabis coming from inside the Volvo. The driver and sole occupant of the Volvo provided officers with a Washington State driver's license identifying him as Keith Lamonte Russell, who was also confirmed as the registered owner of the Volvo. Officers requested Russell step out of the car. Russell's eyes were watery and bloodshot, and he had the strong smell of cannabis on his person and clothing. The officers observed a package of cannabis in the driver's side door and a blunt in the vehicle.[1] Russell admitted to having smoked cannabis an hour before he was stopped by police. Russell was arrested for driving under the influence, a warrant authorizing a blood draw for evidence of driving under the influence was obtained, and he was ultimately transported to Northwest Hospital for a blood draw. Russell was booked into the King County Jail for Unlawful Possession of a Firearm and subsequently released from custody.

8. During Russell's arrest, Officer Lentz noticed a handgun on the driver's side floorboard of the Volvo between Russell's feet. A record check of Russell revealed multiple felony convictions precluding the possession of firearms. I have since reviewed Russell's criminal history and discovered approximately twelve prior felony convictions, to include the following: *Conspiracy to Deliver a Controlled Substance*, in King County Superior Court, under case number 19-1-07708-1, on or about April 5, 2021; *Possession of Oxycodone with Intent to Distribute*, in the United States District Court for the Western District of Washington, under case number CR10-264 MJP, on or about January 27, 2011; and *Felon in Possession of a Firearm*, in the United States District Court for the Western District of Washington, under cause number CR96-272D-001, on or about August 23, 1996.

---

[1] A blunt is a cigar where the tobacco is hollowed out and then refilled with cannabis for smoking.

Complaint - 4
*United States v. Keith Lamonte Russell*
USAO No. 2023R00848

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

9.      Officers Lentz and Hogg executed a warrant on Russell's Volvo and recovered a Walther 9mm semi-automatic handgun bearing serial number AL8855. The gun was loaded with ammunition and appeared to be fully functional.

10.     On August 7, 2023, Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Catherine Cole, a certified Interstate Firearms and Ammunition Nexus Expert, who has been trained in the recognition of firearms and ammunition and their origin of manufacture, was provided with descriptions of, and examined photos of, the above-referenced Walther 9mm semi-automatic pistol. Based on the photos and descriptions of the firearms, SA Cole determined the Walther 9mm semi-automatic pistol was not manufactured in the State of Washington and meets the definition of a "firearm" under Title 18, United States Code, Section 921(a)(3).

Based on the above facts, I respectfully submit that there is probable cause to believe that Keith Lamonte Russell committed Unlawful Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1).

//

//

//

Complaint - 5
*United States v. Keith Lamonte Russell*
USAO No. 2023R00848

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I am submitting this Affidavit and Application electronically in accordance with Local Criminal Rule 41(d)(3).

_____
Gregory Tomlinson Complainant
Task Force Officer
United States Marshals
Department of Justice

The above-named law enforcement officer provided a sworn statement to the truth of the foregoing Complaint and Affidavit by teleconference. Based on the contents of this Affidavit, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 9th day of August, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Complaint - 6
*United States v. Keith Lamonte Russell*
USAO No. 2023R00848